**Order entered August 10, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-00672-CV

## IN RE PURSUIT OF EXCELLENCE, INC., PURSUIT OF EXCELLENCE TEXAS, LLC, MARIE DIAZ, C. JOHN SCHEEF, ANNA S. BROOKS, AND BRANDY K. CHAMBERS, Relators

---

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-08581**

---

## ORDER

Before the Court is real party in interest Ruth Torres' motion for free appellate record. She asks this Court to order the district court clerk and the court reporter to prepare a free appellate record consisting of the transcripts of six hearings. We **DENY** the motion.

Torres has filed a "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond" in this original proceeding. Pursuant to Texas Rules of Appellate Procedure 20.1(a) and 20.1(c), Torres is, therefore, allowed to proceed without payment of the appellate court filing fees. *See* TEX. R. APP. P. 20.1(a),(c). However, fees charged by the trial court clerk or court reporter for preparation of the appellate record, if necessary, are governed by Texas Rule of Civil Procedure 145. *See* TEX. R. APP. P. 20.1(a); TEX. R. CIV. P. 145. Torres has not shown that Rule 145 proceedings have occurred in the court below and does not seek relief from an order

requiring Torres to pay for the requested transcripts. Accordingly, we deny the motion without prejudice to Torres pursuing available remedies under Rule 145.

/s/     LANA MYERS
              JUSTICE